UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00009-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEDRIC J. CHEATHAM,

        Defendant.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Request to Disclose Presentence Investigation Report (PSIR) to State Defense Attorney **(#20)**, The Court being fully advised int eh foregoing,

**ORDERS** that the Request to Disclose Presentence Investigation Report (PSIR) to State Defense Attorney **(#20) is GRANTED** with the following conditions:

1. The disclosure is limited to the state court attorney and no other person.

2. Such attorney shall destroy the disclosure after the sentencing and any appeal therefrom are complete.

Dated this 1st day of September, 2006

                                         **BY THE COURT:**

                                         *Marcia S. Krieger*
                                         _____

                                         Marcia S. Krieger
                                         United States District Judge